Order filed January 10, 2023



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00256-CV**
_____

**ARTHUR DWIGHT BOLTON, Appellant**

**V.**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF FINANCE OF AMERICA ACQUISITION TRUST 2018-HB1, Appellee**

---

**On Appeal from County Court at Law No 6**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-CCV-070336**

---

## O R D E R

Appellant's brief was due September 29, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.